**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVSION**

| | |
|---|---|
| ARCA INVESTMENTS, JESSICA SORDO, JORGE SORDO, LORENIA BUSTAMANTE, JOSE ECHEVARRIA, PABLO HERNANDEZ, HOLZNER VOLKMAR, ALVARO GUIDO, MARITZA GUIDO, CESAR LOERA, RIFE LTD., CASTULO AGUIRRE, HUMBERTO PENICHE, ANTONIO BUSTAMANTE, JOSE ANTONIO SUAREZ CARZARES, BRAVA MUSIC LTD., VICTOR ALFARO ARAUJO, GRACIELA QUEVEDO, SAMUEL RICARDO SERRANO ROJAS, FELICITY URSULA RAINNIE, AND JORGE ARGANIS<br><br>    Plaintiffs,<br><br> v.<br><br>PROSKAUER ROSE, LLP,<br>THOMAS V. SJOBLOM,<br>P. MAURICIO ALVARADO, and<br>CHADBOURNE & PARKE, LLP<br><br>    Defendants. | Civil Action No.:  3:15-CV-2423-N<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as to Defendant Thomas V. Sjoblom.

1

Dated:  August 25, 2015  Respectfully submitted,

/s Peter B. Schneider
Peter B. Schneider, TX Bar No. 00791615
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
3700 Buffalo Speedway, Ste. 1100
Houston, Texas 77098
Telephone:  (713) 338-2560
Facsimile:  (866) 505-8036

Todd M. Schneider,* CA Bar No. 158253
Kyle G. Bates,* CA Bar No. 299114
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
kbates@schneiderwallace.com
*Attorneys for Plaintiffs*

*- admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this the 25th day of August 2015 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

    /s/ Peter Schneider_____